UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FANNIE BROWN                        CIVIL ACTION

VERSUS                              18-1069-SDD-RLB

CLARK, ET AL.

## RULING

The Court, after carefully considering the *Motion to Remand*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 5, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is hereby DENIED.

Signed in Baton Rouge, Louisiana the 16 day of September, 2019.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 49.
[3] Rec. Doc. 49.